UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-24652-CV-WILLIAMS

TAMARA WAREKA,

    Plaintiff,

v.

EXCEL AESTHETICS LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 17) ("***Report***") on Plaintiff's Motion for Final Default Judgment (DE 11) ("***Motion***"). In the Report, Magistrate Judge Goodman recommends that the Court grant in part and deny in part Plaintiff's Motion. (DE 17 at 1.) Specifically, the Report finds that Plaintiff sufficiently established Defendant Excel Aesthetics LLC's liability for federal copyright infringement—the sole cause of action asserted in this action—and recommends that Plaintiff's request for a permanent injunction should be granted. (*Id.* at 9–11, 21–24.) The Report further recommends that Plaintiff be awarded of $13,000.00 in statutory damages, $1,347.50 in attorney's fees, and $467.00 in costs with no pre-judgment interest. (*Id.* at 11–21.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 17) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Final Default Judgment (DE 11) is **GRANTED**.

3. Final Judgment will be entered by way of a separate Order.

4. All deadlines are **CANCELED**.  All pending motions are **DENIED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 25th day of April, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE